```
              UNITED STATES DISTRICT COURT
                DISTRICT OF NORTH DAKOTA
                  NORTHEASTERN DIVISION


UNITED STATES OF AMERICA    )    ORDER REGARDING TRANSPORTATION
                            )
        V.                  )
                            )         CASE NO. 2:07-cr-39
Leanne Iceman               )
```

An August 6, 2007 Order Setting Conditions of Release requires, among other conditions, that Leanne Iceman reside at Spirit Lake Wiconi pending trial. Pending transportation to that facility, Defendant shall remain in the custody of the United States Marshal.

Defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Defendant shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on request of an attorney for the Government, the person in charge of the corrections facility shall deliver defendant to the United States marshal for the purpose of an appearance in connection with a court proceeding.

Ms. Iceman may arrange her own transportation to Wiconi, subject to approval of the Pretrial Services Officer. If she is unable to arrange her own transportation to Wiconi, the United States Marshal shall transport her there at his earliest opportunity.

Dated this 8th day of August, 2007.

/s/ Alice R. Senechal
Alice R. Senechal
US Magistrate Judge